KAY SHERMAN, Appellant, v. ALBERT SHERMAN, Respondent.— In an action to annul a marriage on the ground of fraud, judgment dismissing the complaint affirmed, without costs. (*Boyd* v. *Boyd,* 252 N. Y. 422.) No opinion. Carswell, Johnston and Lewis, JJ., concur; Close, P. J., and Aldrich, J., dissent and vote to reverse the judgment and to direct judgment in favor of the plaintiff, on the ground that the uncontroverted testimony conclusively established the fraud alleged. (*Kaltner* v. *Kaltner,* 268 N. Y. 293.)

FREIDA SOBOL, as Administratrix of the Estate of JENNIE GORDON, Deceased, Appellant, v. HUDSON TRANSIT CORPORATION et al., Respondents.— Action by original plaintiff, now deceased, to recover damages for personal injuries claimed to have been sustained by her, due to the starting of a bus owned by the corporate defendant and operated by defendant Tompkins, while said plaintiff was a passenger thereon. A verdict for the plaintiff was set aside by the trial court and the complaint dismissed. The administratrix of the original plaintiff appeals from the order setting aside the verdict and the judgment entered thereon and directing a dismissal of the complaint, and from the judgment entered in favor of defendants upon said order. Order and judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *post,* p. 957.]

MICHEL TCHLENOFF, Appellant, v. HUNTERVAN REALTY CORPORATION et al., Defendants, and THEODORE H. SILBERT, as Trustee in Bankruptcy of UNIVERSAL MACHINE TOOL MANUFACTURING COMPANY, INC., Defendant-Respondent. BORRIS M. KOMAR, Appellant.— On appeal by plaintiff Michel Tchlenoff, the order dismissing a judgment creditor's action as to defendants Universal Machine Tool Manufacturing Company, Inc., and Huntervan Realty Corporation, is affirmed, with ten dollars costs and disbursements. No opinion. The appeal of Borris M. Komar from the above-described order is dismissed, without costs, as he is not a person aggrieved within the purview of section 557 of the Civil Practice Act. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur. [See *post,* p. 957.]

PETER P. TRAUB, an Infant, by JOHN E. TRAUB, His Guardian ad Litem, et al., Appellants, v. THERESE CASSEL, Respondent.— Action by the infant plaintiff to recover damages for personal injuries and by his father for expenses and loss of services. A verdict was rendered in favor of the defendant, upon which judgment was entered. Thereafter plaintiffs moved for a mistrial or to have the verdict set aside. The motion was denied. The plaintiffs appeal from the judgment and from the order denying the motion. Judgment and order unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

MORRIS WAX, Appellant, v. BENEDICT DANELLA et al., Respondents.— Action to recover damages for personal injuries sustained by plaintiff when he slipped and fell at the entrance of premises owned by defendant Agnes Danella in the city of Utica, Oneida County. Order changing place of trial from Kings County to Oneida County affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.